Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address
LEON D. BAYER, Bar No. 89027
BAYER WISHMAN & LEOTTA
Attorneys at Law
1055 Wilshire Blvd, Suite 1900
Los Angeles, CA 90017
(213) 629-8801
(213) 629-8802 - Fax
leonbayer@bayerwishman.com

☐ *Individual appearing without attorney*
☒ *Attorney for:* Debtor

FOR COURT USE ONLY

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA –** LOS ANGELES DIVISION

In re: MARY JANE E COSME

Debtor(s).

CASE NO.: 2:16-bk-18631-SK
CHAPTER: 13

**DEBTOR'S NOTICE OF MOTION AND MOTION TO AVOID JUNIOR LIEN ON PRINCIPAL RESIDENCE [11 U.S.C. § 506(d)]**

DATE: September 1, 2016
TIME: 8:30 a.m.
COURTROOM: 1575; 15th Floor

1. TO: NATIONAL CITY BANK

2. NOTICE IS HEREBY GIVEN that on the above date and time and in the indicated courtroom, Movant in the above-captioned matter will move this court for an order granting the relief set forth in the motion and accompanying supporting documents served and filed herewith.

3. **Hearing Location**:

☒ 255 East Temple Street, Los Angeles, CA 90012
☐ 21041 Burbank Boulevard, Woodland Hills, CA 91367
☐ 3420 Twelfth Street, Riverside, CA 92501
☐ 411 West Fourth Street, Santa Ana, CA 92701
☐ 1415 State Street, Santa Barbara, CA 93101

4. **Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one. (*If you do not have an attorney, you may wish to consult one.*)

5. **Deadline for Opposition Papers:** This motion is being heard on regular notice pursuant to LBR 9013-1. If you wish to oppose this motion, you must file a written response with the court and serve a copy of it upon the Movant or Movant's attorney at the address set forth above no less than 14 days prior to the above hearing date. If you fail to file

a written response to this Motion within such time period, the court may treat such failure as a waiver of your right to oppose the Motion and may grant the requested relief.

6. **Hearing Date Obtained Pursuant to Judge's Self-Calendaring Procedure:** The undersigned hereby verifies that the above hearing date and time were available for this type of Motion according the judge's self-calendaring procedures.

Date: 7-29-16

BAYER WISHMAN & LEOTTA
Printed name of law firm (if applicable)

LEON D. BAYER
Printed name of Debtor or attorney for Debtor

Signature of Debtor or attorney for Debtor

**MOTION TO AVOID JUNIOR LIEN ON PRINCIPAL RESIDENCE [11 U.S.C. § 506(d)]**
**(DEBTOR:** MARY JANE E COSME **)**

**NAME OF CREDITOR HOLDING JUNIOR LIEN (Respondent):** NATIONAL CITY BANK

1. **Property at Issue:** Debtor moves to avoid the junior deed of trust, mortgage or other encumbrance (Lien) encumbering the following real property (Property), which is the principal residence of debtor.

   Street address: 709 N. Angeleno Avenue
   Unit number: ____________
   City, state, zip code: Azusa, CA 91702

   Legal description of Property or document recording number (*including county of recording*):

   ______________________________

   ______________________________

   [x] See attached page for legal description of Property or document recording number. - EXHIBIT 'A'

2. **Case History**:

   a. A voluntary petition under chapter [ ] 7 [ ] 11 [ ] 12 [x] 13 was filed on (*specify petition date*): 06/29/2016 .

   b. [ ] An Order of Conversion to chapter 13 was entered on (*specify date*): ____________ .

3. **Grounds for Avoidance of Junior Lien**:

   a. As of (*date of title review*) 06/29/2016 , the Property is subject to the following liens in the amounts specified securing the debt against the Property that the Debtor seeks to have treated as indicated:

      (1) (*Name of holder of 1st lien*) NationStar Mortgage in the amount of $ 382,081.00 .

      (2) (*Name of holder of 2nd lien*) National City Bank in the amount of $ 114,750.00 [x] is [ ] is not to be avoided;

      (3) (*Name of holder of 3rd lien*) ____________ in the amount of $ ____________ [ ] is [ ] is not to be avoided;

      [ ] See attached page for additional lien(s).

   As of (*date of valuation/appraisal*) April 8, 2016 , Property is worth no more than (*value per valuation/appraisal*) $ 373,000.00 .

   b. As a result, each Respondent's Lien encumbering the Property is wholly unsecured.

c. **Evidence in Support of Motion:**

(1) [x] The amount of the lien identified in paragraph 3(a)(1) is based on (*type of evidence*) Statement from 1st TD holder, attached hereto and identified as Exhibit "C".

(2) [x] The amount of the lien identified in paragraph 3(a)(2) is based on (*type of evidence*) Notice of Default from 2nd TD holder, attached hereto and identified as Exhibit "D".

(3) [ ] The amount of the lien identified in paragraph 3(a)(3) is based on (*type of evidence*) ____________, attached hereto and identified as Exhibit ____.

(4) [x] The relative priority of the liens encumbering the Property is established by evidence attached as Exhibit **. **1st TD (NationStar Mortgage subsequently assigned to JP Morgan Chase) - Exhibit "E" **2nd TD (National City ) - Exhibit "F"

(5) [x] The value of the Property from paragraph 3(b) is based on (*type of evidence*) Appraisal Report, attached as Exhibit "B"-. Appraisal.

(6) [x] Debtor submits the attached Declaration(s).Declaration of Debtor; and Declaration of Ely Rivara, Real Estate Appraiser.

(7) [x] Other evidence *(specify/identify supplemental evidence)*: National City Bank was merged or acquired by PNC as set forth on the Exhibit "G" provided by FDIC., attached as Exhibit "G".

d. **WHEREFORE, Debtor prays that this court issue an order granting this motion and establishing that**:

(1) The Property is valued at no more than (*requested value*) $ 373,000.00.

(2) No payments are to be made on the secured claim of the Respondent, and regular mortgage maintenance payments are not to be made, before the Debtor's [ ] completion of the chapter 13 plan, or [x] receipt of a chapter 13 discharge.

(3) Respondent's(s') claim on the junior position lien(s) shall be allowed as a nonpriority general unsecured claim(s) in the amount per filed Proof of Claim.

(4) The avoidance of the Respondent's(s') junior lien(s) is contingent upon: Debtor's [ ] completion of the chapter 13 plan, or [x] receipt of a chapter 13 discharge.

(5) The Respondents shall retain its/their lien(s) in the junior position for the full amount due under the corresponding note and lien in the event of either the dismissal of the Debtor's chapter 13 case, the conversion of the Debtor's chapter 13 case to any other chapter under the United States Bankruptcy Code, or if the Property is sold or refinanced prior to the Debtor's [ ] completion of the chapter 13 plan or [x] receipt of a chapter 13 discharge.

(6) In the event that the holder of the first position lien or any senior lien on the Property forecloses on its interest and extinguishes the Respondent's(s') lien rights prior to the Debtor's completion of the chapter 13 plan and receipt of a chapter 13 discharge, the Respondent's(s') lien(s) shall attach to the proceeds greater than necessary to pay the senior lien, if any, from the foreclosure sale, subject to the priority of any such junior lien(s).

e. ☐ See attached continuation page for additional provisions.

Date: 7-29-16

Respectfully submitted,

Signature of Debtor or attorney for Debtor

LEON D. BAYER, Attorney for Debtor
Printed name of Debtor or attorney for Debtor

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
1055 Wilshire Blvd, Suite 1900, Los Angeles, CA 90017

A true and correct copy of the foregoing document entitled: **DEBTOR'S NOTICE OF MOTION AND MOTION TO AVOID JUNIOR LIEN ON PRINCIPAL RESIDENCE [11 U.S.C. § 506(d)] AND** ________________________________

________________________________________________________________

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 07/29/2016 , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Leon D Bayer bkcyattys@aol.com, bwlecf@gmail.com

Kathy A Dockery (TR) efiling@CH13LA.com

Angie M Marth amarth@logs.com, ssali@logs.com

United States Trustee (LA) ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 07/29/2016 , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

***See attached list.***

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 07/29/2016 , I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Honorable Sandra R. Klein, U.S. Bankruptcy Court, 255 E. Temple Street, Suite 1582, Los Angeles, CA 90012. By Personal Delivery

Debtor: (Via Email) - Mary Jane E Cosme

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 07/29/2016 | Brigette Lopez | /s/ Brigette Lopez |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

**SERVED BY UNITED STATES MAIL, CERTIFIED MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
*(Attached page to Proof of Service of Document-please include any additional or alternative addresses and attach additional pages if needed)*
*(Certified Mail required for service on a national bank.)*

| 1st lienholder *(name and address)* | Address from: | Delivery Method |
|---|---|---|
| Nationstar Mortgage LLC<br>Attn: Officer<br>8950 Cypress Waters Blvd.<br>Coppell, TX 75019 | [ ] Proof of claim [ ] Secretary of State<br>[X] FDIC website [ ] Other (*specify*): | [X] United States mail<br>[ ] Certified mail – Tracking # ______<br>[ ] Overnight mail – Tracking # ______<br>Carrier Name: ______ |
| 1st lienholder (*name*) and Agent for Service of Process *(name and address)*<br>CSC - Lawyers Incorporating Service<br>Agent for Service of Process<br>2710 Gateway Oaks Drive #150<br>Sacramento, CA 95827 | [ ] Proof of claim [ ] Secretary of State<br>[X] FDIC website [ ] Other (*specify*): | [X] United States mail<br>[ ] Certified mail – Tracking # ______<br>[ ] Overnight mail – Tracking # ______<br>Carrier Name: ______ |
| 1st lienholder (*name*) and Servicing Agent *(name and address)* | [ ] Proof of claim [ ] Secretary of State<br>[ ] FDIC website [ ] Other (*specify*): | [ ] United States mail<br>[ ] Certified mail – Tracking # ______<br>[ ] Overnight mail – Tracking # ______<br>Carrier Name: ______ |

| 2nd lienholder *(name and address)* | Address from: | Delivery Method |
|---|---|---|
| PNC Bank, National Association<br>Successor to National City Bank<br>222 Delaware Avenue<br>Wilmington, DE 19889 | [ ] Proof of claim [ ] Secretary of State<br>[X] FDIC website [ ] Other (*specify*): | [ ] United States mail<br>[X] Certified mail – Tracking # 70123460000021886945<br>[ ] Overnight mail – Tracking # ______<br>Carrier Name: ______ |
| 2nd lienholder (*name*) and Agent for Service of Process *(name and address)* | [ ] Proof of claim [ ] Secretary of State<br>[ ] FDIC website [ ] Other (*specify*): | [ ] United States mail<br>[ ] Certified mail – Tracking # ______<br>[ ] Overnight mail – Tracking # ______<br>Carrier Name: ______ |
| 2nd lienholder (*name*) and Servicing Agent *(name and address)* | [ ] Proof of claim [ ] Secretary of State<br>[ ] FDIC website [ ] Other (*specify*): | [ ] United States mail<br>[ ] Certified mail – Tracking # ______<br>[ ] Overnight mail – Tracking # ______<br>Carrier Name: ______ |

**DECLARATION OF DEBTOR IN SUPPORT OF MOTION**

I, MARY JANE E COSME, do declare under penalty of perjury, that the following is true and correct to the best of my knowledge.

1. I am the Debtor in this Chapter 13 case filed on June 29, 2016 and I am the Movant in this herein Motion to Avoid Junior Lien on my Principal Residence. The junior lien I am seeking to Avoid is against my 2nd mortgage holder, NATIONAL CITY BANK.

2. My residence subject to this Motion is located at: 709 North Angeleno Avenue, Azusa, CA 91702 and legally described herein, see Exhibit 'A'.

3. Kathy Dockery has been appointed my Chapter 13 Trustee and my 341(a) Meeting is scheduled August 5, 2016.

4. In connection with bringing this Motion, I engaged the appraisal services of Ely Rivara of Action Appraisal Company, 6700 Warner Avenue #26-D, Huntington Beach, CA 92647 Tel: 310-379-0993. The appraisal of the Property was conducted on April 8, 2016. Attached hereto as Exhibit 'B'-Appraisal is a true and correct copy of the report I received from Action Appraisal Company. See also Declaration of Appraiser, attached hereto as "Declaration of Appraiser".

5. There are two (2) consensual mortgage liens against the Property. The First Deed of Trust is in favor of Nationstar Mortgage subsequently assigned to JP Morgan Chase; the Second Deed of Trust is in favor of "NATIONAL CITY BANK".

6. The Nationstar Mortgage First Deed of Trust is the senior lien against the Property based upon it's Deed of Trust in the amount of $344,250.00, dated May 25, 2007 and recorded with the Los Angeles County Recorder's Office on June 5, 2007 at 8:00 am Instrument #20071352155. Attached hereto as Exhibit 'E' is a true and correct copy of said Deed of Trust. Attached hereto as Exhibit 'C' is a true and correct copy of the most recent statement I have from Nationstar Mortgage evidencing the balance owing on this debt.

7. The lien on the National City Bank Second Deed of Trust has a current loan balance (as of case filing) of approximately $114,750.00 (for account #XX9441). Attached as

Exhibit 'D' is a true and correct copy of the Notice of Default I have evidencing the balance owing on this debt. This lien is junior to the First Deed of Trust, based upon a Second Deed of Trust in the amount of $114,750.00, dated June 5, 2007 and recorded with the Los Angeles County Recorder's Office on June 5, 2007 at 8:00 am (Instrument #20071352156). Attached as Exhibit 'F' is a true and correct copy of said Deed of Trust.

Dated: 7-29-16

x Mary Jane E Cosme
MARY JANE E COSME

6700 Warner Ave #26-D
Huntington Beach, CA 92647
310 379-0993

04/08/2016

Private use only

--

Re: Property: 709 N Angeleno Ave
Azusa, CA 91702
Borrower: Cosme Mary J
File no.: 709N Angeleno

Opinion of value: $ 373,000
Effective date: 04/08/2016

I Ely Rivara, do hereby declare under of penalty of perjury, that the following is true and correct to the best of my personal knowledge:
1. I have been a california state "Licensed real estate appraiser" (license number al018655) since 1992. See attached copy which is a true and correct copy of my license and statement of qualifications

2. I have worked full-time as a real estate appraiser for the past 20 years, with an emphasis on single family dwelling, condo units and 2-4 multi-units. I have attended various continuing education courses in the field of real estate appraisals over the last 20 years,

3. I am the senior residential appraiser for action appraisal company, 6700 Warner Ave, Huntington Beach Ca 90266, tel: 310-379-0993. I have provided real estate appraisal services for Financial institutions, Attorneys, Loan Brokers and Accountants throughout Southern California. I have personally appraised thousands of residential properties in Southern California, including San Bernardino/Riverside, Los Angeles, San Diego, Ventura and Orange Counties.

4. At the request of counsel for the debtor, on 4/8/2016

I performed a residential appraisal (interior & exterior) of the real property commonly known as : 709 N Angeleno Ave, Azusa CA 91702
and is legally described as: tr 46762 lot 2 condo unit 20

Assessors parcel number#8608-022-098

Attached is a true and correct copy of the appraisal report I prepared for subject property.

5. In performing the appraisal i researched subject property and selected four (4) recent property sales as of the date of the appraisal (i.e. 4/8/2016 that were most similar and proximate to the subject property for consideration in the sales comparison analysis and dollar adjustments. Based upon this approach and the appraisal report attached hereto, including but not limited to my attached certification attached to the appraisal report, it is my estimate

The fair market value of subject property is $373,000 as of 4-8-2016

"I swear this to be true and correct to the best of my knowledge under penalty of perjury".

Sincerely,

Ely Rivara

Ely Rivara AL018655
License or Certification #: AL018655
State: CA Expires: 02/28/2016
Actionappraisalco@gmail.com

# EXHIBIT A

EXHIBIT 'A'

3

ORDER NO OR0751390

EXHIBIT "A"

A CONDOMINIUM COMPRISED OF:

PARCEL 1:

A) UNIT 20 AS SHOWN AND DEFINED ON THE CONDOMINIUM PLAN RECORDED OCTOBER 27, 1995 AS INSTRUMENT NO. 95-1740258, OF OFFICIAL RECORDS OF LOS ANGELES COUNTY, LOCATED IN LOTS 1, 2 AND 3 OF TRACT NO. 46762, IN THE CITY OF AZUSA, COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 1210, PAGES 94 TO 97 INCLUSIVE OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.

B) AN UNDIVIDED 1/20 THE INTEREST IN AND TO THAT PORTION OF SAID LOTS 1, 2 AND 3 OF SAID TRACT NO. 46762, BEING A THREE-DIMENSIONAL AIRSPACE VOLUME SHOWN AND DEFINED AS "COMMON AREA" ON THE CONDOMINIUM PLAN ABOVE MENTIONED.

PARCEL 2:

NON-EXCLUSIVE EASEMENT FOR THE BENEFIT OF AN APPURTENANT TO PARCEL 1 ABOVE FOR INGRESS, EGRESS, USE AND ENJOYMENT OVER LOTS 6 AND 7 OF SAID TRACT NO. 46762 AND AS SET FORTH ON SECTION I ENTITLED "EASEMENTS RESERVED TO OWNERS" OF ARTICLE XX ENTITLED "PROPERTY RIGHTS OF OWNERS" OF THE DECLARATION OF COVENANTS, CONDITIONS AND RESTRICTIONS OF AZUSA FOOTHILL VILLAGE RECORDED JUNE 30, 1995 AS INSTRUMENT NO. 95-1047933, OF OFFICIAL RECORDS OF SAID COUNTY.

THERE IS EXCLUDED FROM THE NON-EXCLUSIVE RIGHT GRANTED IN THIS PARCEL 2 ANY RESIDENTIAL BUILDINGS ON SUCH COMMON AREAS AND ANY PORTION THEREOF WHICH IS DESIGNATED AS AN EXCLUSIVE USE COMMON AREA.

07 1352154

'Legal Description'

# EXHIBIT B

EXHIBIT 'B'

# APPRAISAL OF REAL PROPERTY



## LOCATED AT

709 N Angeleno Ave
Azusa, CA 91702
tract 46762 lot 2 condo unit 20

## FOR

Private use only
--

## OPINION OF VALUE

373,000

## AS OF

04/08/2016

## BY

Ely Rivara AL018655

6700 Warner Ave #26-D
Huntington Beach, CA 92647
310 379-0993
Actionappraisalco@gmail.com

| Borrower/Client | Cosme Mary J | | | File No. | 709N Angeleno |
|---|---|---|---|---|---|
| Property Address | 709 N Angeleno Ave | | | | |
| City | Azusa | County | San Bernardino | State CA | Zip Code 91702 |
| Lender | Private use only | | | | |

## TABLE OF CONTENTS


DECLARATION OF APPRAISER ..... 1
Cover Page ..... 2
GP Residential ..... 3
Additional Comparables 4-6 ..... 6
Repair and Maintenance Addendum ..... 7
General Text Addendum ..... 8
Location Map ..... 10
Tax roll ..... 11
Plat map ..... 12
Appraisers license ..... 13
GP Residential Certifications Addendum ..... 14
Summary of Salient Features ..... 16
Subject Photos ..... 17
Photograph Addendum ..... 18
Photograph Addendum ..... 19
Photograph Addendum ..... 20
Photograph Addendum ..... 21

# Residential Complete Summary Appraisal Report

File No.: 709N Angeleno

## SUBJECT

Property Address: 709 N Angeleno Ave | City: Azusa | State: CA | Zip Code: 91702

County: San Bernardino | Legal Description: tract 46762 lot 2 condo unit 20

Assessor's Parcel #: 8608-022-098

Tax Year: 2016 | R.E. Taxes: $ 2,687.47 | Special Assessments: $ 0.00 | Borrower (if applicable): Cosme Mary J

Current Owner of Record: Cosme Mary J | Occupant: ☐ Owner ☒ Tenant ☐ Vacant | ☐ Manufactured Housing

Project Type: ☒ PUD ☐ Condominium ☐ Cooperative ☐ Other (describe) | HOA: $ 140 ☐ per year ☒ per month

Market Area Name: Foothill Village | Map Reference: . | Census Tract: 4006.02

## ASSIGNMENT

The purpose of this appraisal is to develop an opinion of: ☒ Market Value (as defined), or ☐ other type of value (describe)

This report reflects the following value (if not Current, see comments): ☒ Current (the Inspection Date is the Effective Date) ☐ Retrospective ☐ Prospective

Approaches developed for this appraisal: ☒ Sales Comparison Approach ☐ Cost Approach ☐ Income Approach (See Reconciliation Comments and Scope of Work)

Property Rights Appraised: ☒ Fee Simple ☐ Leasehold ☐ Leased Fee ☐ Other (describe)

Intended Use: See addendum

Intended User(s) (by name or type): See addendum

Client: Private use only | Address:

Appraiser: Ely Rivara AL018655 | Address: 6700 Warner Ave #26-D, Huntington Beach, CA 92647

## MARKET AREA DESCRIPTION

| | | | | Predominant Occupancy | One-Unit Housing PRICE $(000) | AGE (yrs) | Present Land Use | | Change in Land Use |
|---|---|---|---|---|---|---|---|---|---|
| Location: | ☐ Urban | ☒ Suburban | ☐ Rural | ☒ Owner 85 | 335 Low | 15 | One-Unit | 75 % | ☐ Not Likely |
| Built up: | ☒ Over 75% | ☐ 25-75% | ☐ Under 25% | ☐ Tenant 15 | 475 High | 65 | 2-4 Unit | 10 % | ☐ Likely * ☐ In Process * |
| Growth rate: | ☐ Rapid | ☒ Stable | ☐ Slow | ☒ Vacant (0-5%) | 375 Pred | 35 | Multi-Unit | 10 % | * To: |
| Property values: | ☐ Increasing | ☒ Stable | ☐ Declining | ☐ Vacant (>5%) | | | Comm'l | 5 % | |
| Demand/supply: | ☐ Shortage | ☒ In Balance | ☐ Over Supply | | | | | % | |
| Marketing time: | ☒ Under 3 Mos. | ☐ 3-6 Mos. | ☐ Over 6 Mos. | | | | | | |

Market Area Boundaries, Description, and Market Conditions (including support for the above characteristics and trends): Property values have stabilized over the past 12 months. Typical marketing time for properties in the subject's neighborhood is estimated at 1 to 3 months. This estimation was based on review of marketing times as provided by multiple listing services (mls), and upon discussions with local area real state agents.

## SITE DESCRIPTION

Dimensions: Irregular | Site Area: 4,315

Zoning Classification: AZCBD | Description: PUD/sfr zoning

Zoning Compliance: ☒ Legal ☐ Legal nonconforming (grandfathered) ☐ Illegal ☐ No zoning

Are CC&Rs applicable? ☒ Yes ☐ No ☐ Unknown | Have the documents been reviewed? ☐ Yes ☒ No | Ground Rent (if applicable) $ /

Highest & Best Use as improved: ☒ Present use, or ☐ Other use (explain)

Actual Use as of Effective Date: As a PUD | Use as appraised in this report: As PUD

Summary of Highest & Best Use: Current use as PUD

| Utilities | Public | Other | Provider/Description | Off-site Improvements | Type | Public | Private | Topography | Level at curb |
|---|---|---|---|---|---|---|---|---|---|
| Electricity | ☒ | ☐ | | Street | Asphalt | ☒ | ☐ | Size | Typical |
| Gas | ☒ | ☐ | | Curb/Gutter | Concrete | ☒ | ☐ | Shape | See plat map |
| Water | ☒ | ☐ | | Sidewalk | Concrete | ☒ | ☐ | Drainage | Appears adequate |
| Sanitary Sewer | ☒ | ☐ | | Street Lights | Electric | ☒ | ☐ | View | No view |
| Storm Sewer | ☒ | ☐ | | Alley | None | ☐ | ☐ | | |

Other site elements: ☐ Inside Lot ☒ Corner Lot ☐ Cul de Sac ☐ Underground Utilities ☐ Other (describe)

FEMA Spec'l Flood Hazard Area ☐ Yes ☒ No | FEMA Flood Zone X | FEMA Map # 06037C1420F | FEMA Map Date 09/26/2008

Site Comments: The project is located across from commercial properties,

## DESCRIPTION OF THE IMPROVEMENTS

| General Description | | Exterior Description | | Foundation | | Basement ☒ None | | Heating | |
|---|---|---|---|---|---|---|---|---|---|
| # of Units | 1 ☐ Acc.Unit | Foundation | Concrete/avg | Slab | yes | Area Sq. Ft. | | Type | Forced air |
| # of Stories | 2 | Exterior Walls | Stucco/Avg | Crawl Space | No | % Finished | None | Fuel | Gas |
| Type | ☒ Det. ☐ Att. ☐ | Roof Surface | Conc Tile/avg | Basement | No | Ceiling | | Cooling | |
| Design (Style) | Mediterreanean | Gutters & Dwnspts. | Galvanized/avg | Sump Pump | ☐ | Walls | | Central | Central |
| ☒ Existing ☐ Proposed ☐ Und.Cons. | | Window Type | Vinyl cased/avg | Dampness | ☐ | Floor | | Other | |
| Actual Age (Yrs.) | 20 | Storm/Screens | Yes/avg | Settlement | | Outside Entry | | | |
| Effective Age (Yrs.) | 10 | | | Infestation | None noted | | | | |

| Interior Description | | Appliances | | Attic ☐ None | | Amenities | | | Car Storage ☐ None | |
|---|---|---|---|---|---|---|---|---|---|---|
| Floors | Carpet/vinyl/avg | Refrigerator | ☐ | Stairs | ☐ | Fireplace(s) # | 1 | Woodstove(s) # | Garage # of cars ( 2 Tot.) | |
| Walls | Drywall/avg | Range/Oven | ☒ | Drop Stair | ☐ | Patio | Concrete | | Attach. | |
| Trim/Finish | Wood/avg | Disposal | ☒ | Scuttle | ☒ | Deck | N/a | | Detach. | |
| Bath Floor | Vinyl/avg | Dishwasher | ☒ | Doorway | ☐ | Porch | Yes/covered | | Blt.-In | 2 |
| Bath Wainscot | Fiberglass/avg | Fan/Hood | ☒ | Floor | ☐ | Fence | Blk/wd | | Carport | |
| Doors | Wood/avg | Microwave | ☐ | Heated | ☐ | Pool | Community pool/spa | | Driveway | |
| | | Washer/Dryer | ☐ | Finished | ☐ | | | | Surface | Concrete |

Finished area **above** grade contains: 7 Rooms 3 Bedrooms 2 Bath(s) 1,442 Square Feet of Gross Living Area Above Grade

Additional features: Tile kitchen counters, tile bath and kitchen floors, builtin 2 car garage, fire sprinklers, shows lack of maintanance.

Describe the condition of the property (including physical, functional and external obsolescence): The subject is in need of upgrades, see attached repair sheet



Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.

# Residential Complete Summary Appraisal Report

File No.: 709N Angeleno

**TRANSFER HISTORY**

My research ☐ did ☒ did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal.

Data Source(s): Public records/mls

| 1st Prior Subject Sale/Transfer | Analysis of sale/transfer history and/or any current agreement of sale/listing: All data verified in mls and public records |
|---|---|
| Date: No transfer in prior 36 months | |
| Price: No transfer in prior 36 months | |
| Source(s): Itech mls/ndc-assesors data | |
| 2nd Prior Subject Sale/Transfer | |
| Date: | |
| Price: | |
| Source(s): | |

**SALES COMPARISON APPROACH TO VALUE (if developed)** ☐ The Sales Comparison Approach was not developed for this appraisal.

| FEATURE | SUBJECT | COMPARABLE SALE # 1 | | COMPARABLE SALE # 2 | | COMPARABLE SALE # 3 | |
|---|---|---|---|---|---|---|---|
| Address | 709 N Angeleno Ave Azusa, CA 91702 | 234 Plum Tree Dr Azusa, CA 91702 | | 321 Oakview Dr Azusa, CA 91702 | | 612 Heritage Ct Azusa, CA 91702 | |
| Proximity to Subject | | 0.04 miles NE | | 0.03 miles W | | 0.65 miles E | |
| Sale Price | $ | | $ 415,000 | | $ 430,000 | | $ 382,000 |
| Sale Price/GLA | $ /sq.ft. | $ 250.45 /sq.ft. | | $ 259.51 /sq.ft. | | $ 236.68 /sq.ft. | |
| Data Source(s) | Ndc data | mls-cv15135861/ | | mls-cv15134685 | | mls-iv16055721 | |
| Verification Source(s) | Itech mls | 149 dom /doc-249841 | | 65 dom /doc-1089519 | | 15 dom/ doc-1157057 | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjust. | DESCRIPTION | +(-) $ Adjust. | DESCRIPTION | +(-) $ Adjust. |
| Sales or Financing Concessions | N/a N/a | No concessions | | No concessions | | No concessions | |
| Date of Sale/Time | N/a | 3-8-2016 closed | | 9-30-2016 closed | | 9-18-2015 closed | |
| Rights Appraised | Fee Simple | Fee simple | | Fee simple | | Fee simple | |
| Location | Sides parking area | Residential | -10,000 | Residential | -10,000 | Sides Cerritos Ave | |
| Site | 4,315 | 3500 | | 3500 | | 3514 | |
| View | No view | No view | | No view | | No view | |
| Design (Style) | Mediterreanean | Mediterreanean | | Mediterreanean | | Mediterreanean | |
| Quality of Construction | Average | Average | | Average | | Average | |
| Age | 20 | 20 | | 20 | | 20 | |
| Condition | Average | Slight superior | -15,000 | Superior | -30,000 | Slight superior | -15,000 |
| Above Grade Room Count (Total / Bdrms / Baths) | 7 / 3 / 2 | 7 / 3 / 2.5 | -2,500 | 7 / 3 / 2.5 | -2,500 | 7 / 3 / 2.5 | -2,500 |
| Gross Living Area | 1,442 sq.ft. | 1,657 sq.ft. | -8,600 | 1,657 sq.ft. | -8,600 | 1,614 sq.ft. | -6,900 |
| Basement & Finished Rooms Below Grade | None None | None None | | None None | | None None | |
| Functional Utility | Cost to cure | No cost to cure | -6,100 | No cost to cure | -6,100 | No cost to cure | -6,100 |
| Heating/Cooling | Fau/ac | Fau/ac | | Fau/ac | | Fau/ac | |
| Energy Efficient Items | Standard | Standard | | Standard | | Standard | |
| Garage/Carport | 2 garages | 2 garages | | 2 garages | | 2 garages | |
| Porch/Patio/Deck | 1 fp | 1 fp | | 1 fp | | 1 fp | |
| Net Adjustment (Total) | | ☐ + ☒ - | $ -42,200 | ☐ + ☒ - | $ -57,200 | ☐ + ☒ - | $ -30,500 |
| Adjusted Sale Price of Comparables | | Net 10.2 % Gross 10.2 % | $ 372,800 | Net 13.3 % Gross 13.3 % | $ 372,800 | Net 8.0 % Gross 8.0 % | $ 351,500 |

Summary of Sales Comparison Approach See addendum for comments on the sales analysis

**Indicated Value by Sales Comparison Approach $** 373,000

GP RESIDENTIAL

Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.

# Residential Complete Summary Appraisal Report

File No.: 709N Angeleno

## COST APPROACH

**COST APPROACH TO VALUE (if developed)** ☒ The Cost Approach was not developed for this appraisal.

Provide adequate information for replication of the following cost figures and calculations.

Support for the opinion of site value (summary of comparable land sales or other methods for estimating site value): Due to being a shared site, no cost approach was used

| | | | |
|---|---|---|---|
| ESTIMATED ☐ REPRODUCTION OR ☐ REPLACEMENT COST NEW | OPINION OF SITE VALUE | | =$ |
| Source of cost data: | DWELLING | Sq.Ft. @ $ | =$ |
| Quality rating from cost service: Effective date of cost data: | | Sq.Ft. @ $ | =$ |
| Comments on Cost Approach (gross living area calculations, depreciation, etc.): | | Sq.Ft. @ $ | =$ |
| | | Sq.Ft. @ $ | =$ |
| | | Sq.Ft. @ $ | =$ |
| | | | =$ |
| | Garage/Carport | Sq.Ft. @ $ | =$ |
| | Total Estimate of Cost-New | | =$ |
| | Less Physical | Functional External | |
| | Depreciation | | =$( ) |
| | Depreciated Cost of Improvements | | =$ |
| | "As-is" Value of Site Improvements | | =$ |
| | | | =$ |
| | | | =$ |
| Estimated Remaining Economic Life (if required): 30 Years | INDICATED VALUE BY COST APPROACH | | =$ |

## INCOME APPROACH

**INCOME APPROACH TO VALUE (if developed)** ☒ The Income Approach was not developed for this appraisal.

Estimated Monthly Market Rent $ X Gross Rent Multiplier = $ **Indicated Value by Income Approach**

Summary of Income Approach (including support for market rent and GRM):

## PUD

**PROJECT INFORMATION FOR PUDs (if applicable)** ☒ The Subject is part of a Planned Unit Development.

Legal Name of Project: The Village

Describe common elements and recreational facilities: None

## RECONCILIATION

**Indicated Value by: Sales Comparison Approach $** 373,000 **Cost Approach (if developed) $** **Income Approach (if developed) $**

Final Reconciliation The market analysis is given the most weight as it mostly reflects the buyers and sellers in todays marketplace, the cost approach was not used due to being a shared site, income approach not used due to limited rental data.

This appraisal is made ☒ "as is", ☐ subject to completion per plans and specifications on the basis of a Hypothetical Condition that the improvements have been completed, ☐ subject to the following repairs or alterations on the basis of a Hypothetical Condition that the repairs or alterations have been completed, ☐ subject to the following required inspection based on the Extraordinary Assumption that the condition or deficiency does not require alteration or repair:

☐ This report is also subject to other Hypothetical Conditions and/or Extraordinary Assumptions as specified in the attached addenda.

**Based on the degree of inspection of the subject property, as indicated below, defined Scope of Work, Statement of Assumptions and Limiting Conditions, and Appraiser's Certifications, my (our) Opinion of the Market Value (or other specified value type), as defined herein, of the real property that is the subject of this report is: $** 373,000 **, as of:** 04/08/2016 **, which is the effective date of this appraisal.**
**If indicated above, this Opinion of Value is subject to Hypothetical Conditions and/or Extraordinary Assumptions included in this report. See attached addenda.**

## ATTACHMENTS

A true and complete copy of this report contains ____ pages, including exhibits which are considered an integral part of the report. This appraisal report may not be properly understood without reference to the information contained in the complete report.

Attached Exhibits:

| | | | | |
|---|---|---|---|---|
| ☒ Scope of work | ☒ Limiting cond./certifications | ☒ Narrative addendum | ☒ Photograph addenda | ☐ Sketch addendum |
| ☒ Map addenda | ☒ Additional sales | ☐ Cost addendum | ☐ Flood addendum | ☐ Manuf. House addendum |
| ☐ Hypothetical conditions | ☐ Extraordinary assumptions | ☐ | ☐ | ☐ |

Client Contact: Client Name: Private use only

E-Mail: Address:

## SIGNATURES

| APPRAISER | SUPERVISORY APPRAISER (if required) or CO-APPRAISER (if applicable) |
|---|---|
| Appraiser Name: Ely Rivara AL018655 | Supervisory or Co-Appraiser Name: |
| Company: | Company: |
| Phone: 310 379-0993 Fax: | Phone: Fax: |
| E-Mail: Actionappraisalco@gmail.com | E-Mail: |
| Date of Report (Signature): 04/08/2016 | Date of Report (Signature): |
| License or Certification #: AL018655 State: CA | License or Certification #: State: |
| Designation: | Designation: |
| Expiration Date of License or Certification: 02/28/2016 | Expiration Date of License or Certification: |
| Inspection of Subject: ☒ Interior & Exterior ☐ Exterior Only ☐ None | Inspection of Subject: ☐ Interior & Exterior ☐ Exterior Only ☐ None |
| Date of Inspection: 04/08/2016 | Date of Inspection: |



Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.

# Additional comparable sales

File No.: 709N Angeleno

SALES COMPARISON APPROACH

| FEATURE | SUBJECT | COMPARABLE SALE # 4 | | COMPARABLE SALE # 5 | | COMPARABLE SALE # 6 | |
|---|---|---|---|---|---|---|---|
| Address | 709 N Angeleno Ave Azusa, CA 91702 | 714 Poplar View Dr Azusa, CA 91702 | | | | | |
| Proximity to Subject | | 0.03 miles W | | | | | |
| Sale Price | $ | | $ 439,900 | | $ | | $ |
| Sale Price/GLA | $ /sq.ft. | $ 265.48 /sq.ft. | | $ /sq.ft. | | $ /sq.ft. | |
| Data Source(s) | Ndc data | mls-iv16055721/ 28 dom | | | | | |
| Verification Source(s) | Itech mls | Lised 21 days | | | | | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjust. | DESCRIPTION | +(-) $ Adjust. | DESCRIPTION | +(-) $ Adjust. |
| Sales or Financing Concessions | N/a N/a | No concessions | | | | | |
| Date of Sale/Time | N/a | 3-17-2016 listed | -8,800 | | | | |
| Rights Appraised | Fee Simple | Fee simple | | | | | |
| Location | Sides parking area | Residential | -10,000 | | | | |
| Site | 4,315 | n/a | | | | | |
| View | No view | No view | | | | | |
| Design (Style) | Mediterreanean | Mediterreanean | | | | | |
| Quality of Construction | Average | Average | | | | | |
| Age | 20 | 20 | | | | | |
| Condition | Average | Good | -30,000 | | | | |
| Above Grade | Total / Bdrms / Baths | Total / Bdrms / Baths | | Total / Bdrms / Baths | | Total / Bdrms / Baths | |
| Room Count | 7 / 3 / 2 | 7 / 3 / 2.5 | -2,500 | | | | |
| Gross Living Area | 1,442 sq.ft. | 1,657 sq.ft. | -8,600 | sq.ft. | | sq.ft. | |
| Basement & Finished Rooms Below Grade | None None | None None | | | | | |
| Functional Utility | Cost to cure | No cost to cure | -6,100 | | | | |
| Heating/Cooling | Fau/ac | Fau/ac | | | | | |
| Energy Efficient Items | Standard | Standard | | | | | |
| Garage/Carport | 2 garages | 2 garages | | | | | |
| Porch/Patio/Deck | 1 fp | 1 fp | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| Net Adjustment (Total) | | ☐ + ☒ - | $ -66,000 | ☐ + ☐ - | $ | ☐ + ☐ - | $ |
| Adjusted Sale Price of Comparables | | Net 15.0 % Gross 15.0 % | $ 373,900 | Net % Gross % | $ | Net % Gross % | $ |

Summary of Sales Comparison Approach See addendum for comments on the sales analysis

Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.

# REPAIR AND MAINTENANCE ADDENDUM

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Borrower/Client | Cosme Mary J | | | | | REO# | |
| Property Address | 709 N Angeleno Ave | | | | | | |
| City | Azusa | County | San Bernardino | State | CA | Zip Code | 91702 |
| Lender | Private use only | | | | | | |

| DESCRIPTION | AMOUNT |
|---|---|
| kitchen cabiinets are falling apart | 1,200.00 |
| Interior paint repair | 1,900.00 |
| replace rear landscaping | 3,000.00 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

☒ Interior Inspection

☒ Exterior Inspection

TOTAL AMOUNT OF RECOMMENDED REPAIRS $ 6,100.00

ESTIMATED VALUE OF THE SUBJECT PROPERTY 'AS IS' $ ________

ESTIMATED VALUE OF THE SUBJECT PROPERTY 'AS REPAIRED' $ ________

**Comments:**

**Supplemental Addendum**

File No. 709N Angeleno

| | | | | | |
|---|---|---|---|---|---|
| Borrower/Client | Cosme Mary J | | | | |
| Property Address | 709 N Angeleno Ave | | | | |
| City | Azusa | County San Bernardino | | State CA | Zip Code 91702 |
| Lender | Private use only | | | | |

Intended Use/Intended User: The Intended User of this appraisal report is the Client/legal counsel, for legal purposes only, its officers, administrators, employees, lending co-participants (if any), assignee, and appropriate regulatory agencies.

The Intended Use is for the client to evaluate the property that is the subject of this appraisal for Legal purposes, subject to the stated Scope of Work, purpose of the appraisal, reporting requirements of this appraisal report form, and Definition of Market Value. No additional Intended Users are identified by the appraiser

Scope of Report: The property was ordered by the client as a complete summary appraisal with interior inspection . Per public records, the subject is indicated to be a condominium. Any conflict regarding public records and subject property is explained in addendum of report under improvement comments.

1) This appraisal is based on the information gathered by the appraiser from public records, other identified sources, inspection of the subject property and neighborhood, and selection of comparable sales within the subject market area. The original source of the comparables is shown in the market data source section of the market grid, along with the source of confirmation, if available. The data sources are considered reliable. When conflicting information was provided, the source deemed most reliable has been used. Data believed to be unreliable was not included in the report nor used as a basis for the value conclusion.

2) Where Cost Approach is utilized, the reproduction cost is based on Building-Cost.net, supplemented by the appraiser's knowledge of the local market.

3) Physical depreciation is based on the estimated effective age of the subject property. Functional and/or external depreciation, if present, is specifically addressed in the appraisal report or other addenda. In estimating the site value, the appraiser has relied on personal knowledge of the local market. This knowledge is based on prior and/or current analysis of site sales and/or
abstraction of site values from sales of improved properties.

4) The subject property is located in an area primarily owner-occupied, single-family residences and the Income units, the Income Approach is considered to be meaningful due the amount of investors found to bepurchaing 2-4 units units in the area, the Income Approach was used.
after the date of our appraisal report.

Basis for declining market: Additional information to support the declining market was based on major publications such as the Los Angeles Times (local area), Orange County Register, and information put out by DataQuick Information Services.

Use of REO Sales: An extensive search was made for conventional sales that were not either foreclosed sales (REO), and/or Short Sales, however, due to the lack of recent, similar and relevant sales in subject's market area, it was necessary to utilize REO and/or short sales. Per Uniform Standards of Professional Appraisal Practice (USPAP) Guidelines, as well as, per FNMA guidelines, REO and/or Short Sales are more than acceptable to be utilized if properly adjusted. REO sales typically sell for 0% - 10% lower than standard sales depending on their condition.

Design: There are several different design styles represented among the subject and comparables (Ranch, Traditional, Cape Cod, Contemporary, Mediterranean, 1-story vs 2-story dwellings etc.). Design style and number of stories is subject to buyer preference with no discernible market impact, thus no adjustment has been made regarding design style or number of stories.

Reasonable Exposure Time - Subject Property: Under current market conditions, the reasonable exposure time for the subject property is estimated to be approximately 1-3 months which is in line with the area marketing times of the comparable properties.

Definition of Reasonable Exposure Time: Exposure time is presumed to precede the effective date of the appraisal. It is the estimated length of time the property would have been offered on the market, prior to the hypothetical sale, at the appraised value, on the effective date of the appraisal. It is a retrospective estimate based on an analysis of past events assuming a competitive and open market. This includes not only adequate, sufficient and reasonable time, but adequate, sufficient and reasonable effort. It is often expressed as a range and is based on the following: Statistical information about days on the market, most commonly obtained from the local Multiple Listing Service, information gathered through sales verification and interviews with market participants. This is based on the analyses of current market trends in the general area and takes into account the size, condition and price range of the subject property and surrounding area. It also assumes professional marketing by reputable local real estate offices.

Definition and Source of Market Value: The most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller, each acting prudently, knowledgeably and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby: (1) buyer and seller are typically motivated; (2) both parties are well informed or well advised, and each acting in what he or she considers his or her own best interest; (3) a reasonable time is allowed for exposure in the open market; (4) payment is made in terms of cash in U.S. dollars or in terms of financial arrangements comparable thereto; and (5) the price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions granted by anyone associated with the sale.

Definition Source: This definition is from regulations published by federal regulatory agencies pursuant to Title XI of the Financial Institutions Reform, Recovery, and Enforcement Act (FIRREA) of 1989 between July 5, 1990 and August 24, 1990, by the Federal Reserve System (FRS), National Credit Union Administration (NCUA), Federal Deposit Insurance Corporation (FDIC), the Office of Thrift Supervision (OTS), and the Office of Comptroller of the Currency (OCC) under 12 CFR, Part 34, Subpart C - Appraisals, 34.43 Definitions (f). this definition is also referenced in regulations jointly published by the OCC, OTS, FRS, and FDIC on June 7th, 1994, and in the Interagency Appraisal and Evaluation Guidelines, dated December 2, 2010.

Nondiscrimination Statement: The appraisal has been completed without regard to race, color, religion, national origin, sex, marital status, or any other prohibited basis, and does not contain references which could be regarded as discriminatory. Appraiser Independence Requirements Compliance: The appraiser has prepared this appraisal in full compliance with the Fannie Mae Appraiser Independence Requirements (10/15/2010) and has not performed, participated in, or been associated with any activity in violation of the Requirements.

## Supplemental Addendum

File No. 709N Angeleno

| | | | | | |
|---|---|---|---|---|---|
| Borrower/Client | Cosme Mary J | | | | |
| Property Address | 709 N Angeleno Ave | | | | |
| City | Azusa | County San Bernardino | | State CA | Zip Code 91702 |
| Lender | Private use only | | | | |

NOTE: Supplemental Certification Per 2010 USPAP Requirement: Appraiser certified that the best of my knowledge and belief: I have NOT performed any prior services regarding the subject property, as an appraiser, or in any other capacity, within the 3 year period immediately preceding acceptance of this appraisal assignment.

Appraisal Comments and Conditions

NEIGHBORHOOD DESCRIPTION: The subject is in an established suburban neighborhood with a various range of residential zonings for multiple uses. This planning mix, though more diverse than typical residential neighborhoods, appears to have a balanced mix of multi-family residences, condominiums, commercial activity, employment opportunities and public support facilities, (schools, police, hospitals, recreation, fire stations, houses of worship, etc.) which are beneficial to the community, but along with traffic, may pose an adverse affect upon residences in close proximity to them. The SFRs consists of conventional and tract homes. Some are custom and European styled SFRs while there are a smaller but representative number of homes that were built originally to varying degrees of owner specifications. Neighborhood homes represent a broad range of ages, but display general similarity in appeal and utility, with variations in size. No atypical social, economic, governmental or environmental trends or characteristics were observed at this time.

Comments on the sales analysis

Condition ratings of the comparables were based on field observations and information supplied by the data sources reviewed; Data Quick, Experian (TRW), Damar, MLS, and CMDC; adjustments for condition ratings where applicable, are based on effective ages of each property and the degree of improvements and/or refurbishing and upon the appraisers knowledge of the local market as well as discussions with local area real estate agents.

The construction ratings in the market section of this report, reflect an overall rating of building materials used in construction for each property.

The extent to which various materials are utilized in the construction of a given property such as hardwood, oak, ceramic, marble, granite, brick, copper, brass and so on, are a few of the characteristics of the general quality of construction. The construction ratings are based on exterior inspection of each comparable and information supplied by the data sources utilized.

The appraisal report has been encryted with a password protected digital signature. this signature can only be altred to or removed from this appraisal report from the signatory himself by means of a confidential password. no other individual has knowlegde of this password, or is authorized to affix or delete the digital signature fromthe report or addendum pages. any dirtied information such as photographs, maps, sketches, etc. are unaltered from the original likeness.)

Comments on the sales analysis

sales 1-2 are located in the same project, they are larger plans, no smaller plans were found in the project in the prior 12 months, they are similar in bedroom count, sales 1-2 are superior in location, , condition, and gross living area
sale 3 is in a similar project, slightly superior in condition, superior in batth count and gross living area

all sales were assigned equal weight.

matched pair analysis comment

The adjustments were derived from a matched pair analysis, In the match pair analysis, we isolated each variable, one at a time and extracted the market reaction for that variable from the current market.

Comments on across the board adjustments in the sales comparison analysis

Across the board adjustments in the sales comparison analysis were made for gross building area and were deemed necessary due to the general lack of more recent, similar and relevant sales within the subject's market area and surrounding competitive neighborhoods. Adjustments for gross building area were based on appraiser's knowledge of the local market and upon discussions with local area real estate agents

Comments on across the board adjustments for condition in the sales comparison analysis

Across the board adjustments in the sales comparison analysis were made for overall condition and were deemed necessary due to the general lack of more recent, similar and relevant sales within the subject's market area and surrounding competitive neighborhoods. Adjustment for condition were was based on sales with either good and excellent condition properties and the appraiser's knowledge of the local market and upon discussions with local area real estate agents.

# Location Map

| Borrower/Client | Cosme Mary J | | | | |
|---|---|---|---|---|---|
| Property Address | 709 N Angeleno Ave | | | | |
| City | Azusa | County | San Bernardino | State CA | Zip Code 91702 |
| Lender | Private use only | | | | |



# Tax roll

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Borrower/Client | Cosme Mary J | | | | | | |
| Property Address | 709 N Angeleno Ave | | | | | | |
| City | Azusa | County | San Bernardino | State | CA | Zip Code | 91702 |
| Lender | Private use only | | | | | | |

**Property Location**

| | | | | | |
|---|---|---|---|---|---|
| Address: | 709 N ANGELENO AVE | City: | AZUSA | Zip: | 91702-2303 |
| APN#: | 8608-022-098 | Use Code: | Condominium, Pud | County: | Los Angeles |
| Tract: | 46762 | Census Tract: | 4006.02 | Zone: | AZCBD* |
| Map Page/Grid: | / | Legal Desc: | TR=46762 LOT 2 CONDO UNIT 20 | | |
| Total Assessed Value: | 367,000 | Tax Amount: | 4,446.77 | | |
| Percent Improvement: | 40.00 | Tax Year: | 2015 | | |

**Current Owner Information**

| | | | |
|---|---|---|---|
| Current Owner: | COSME,MARY J | Owner Address: | 709 N ANGELENO AVE |
| City, State, Zip: | AZUSA, CA, 91702-2303 | Owner Occupied: | Yes |
| Last Transaction: | 01/31/2013 | Deed Type: | deed of trust |
| Amount: | | Document: | 0000165027 |

**Last sale Information**

| | | | |
|---|---|---|---|
| Transferred From: | GONZALEZ,MYRNA P | Seller Address: | |
| Recording / Sale Date: | 06/05/2007 / 04/20/2007 | Prior Recording / Sale Date: | 04/07/1999 / |
| Most Recent Sale Price: | 459,000 | Prior Sale Price: | 165,000 |
| Document Number: | 0001352154 | Prior Document No.: | 0000593679 |
| Document Type: | grant deed/deed of trust | Prior Document Type: | high liability |

**Lender Information**

| | | | |
|---|---|---|---|
| Lender: | J P MORGAN CHASE BANK | Full/Partial: | F |
| Loan Amount / 2nd Trust Deed: | 344,250 / 114,750 | Loan Type: | conventional |

**Physical Information**

| | | | | | |
|---|---|---|---|---|---|
| Building Area: | 1,442 | # of Bedrooms: | 3 | Lot Size: | 69,687 |
| Additional: | 0 | # of Bathrooms: | 2.00 | Year Built / Effective: | 1996 / 1996 |
| Garage: | 0 | # of Stories: | 0 | Heating: | Central |
| First Floor: | 0 | Total Rooms: | 0 | Cooling: | Central Air |
| Second Floor: | 0 | # of Units: | 1 | Roof Type: | |
| Third Floor: | 0 | Garage/Carport: | / | Construction/Quality: | Primary Material Unlisted / 0 |
| Basement Finished: | 0 | Fireplaces: | 0 | Building Shape: | |
| Basement Unfinished: | 0 | Pool/Spa: | No | View: | |

©2016 Copyright NDCdata.com All Rights Reserved. **National Data Collective Inc.**

**Plat map**

| Borrower/Client | Cosme Mary J | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 709 N Angeleno Ave | | | | | | |
| City | Azusa | County | San Bernardino | State | CA | Zip Code | 91702 |
| Lender | Private use only | | | | | | |



# Appraisers license

| Borrower/Client | Cosme Mary J | | | | |
|---|---|---|---|---|---|
| Property Address | 709 N Angeleno Ave | | | | |
| City | Azusa | County | San Bernardino | State CA | Zip Code 91702 |
| Lender | Private use only | | | | |



Business, Consumer Services & Housing Agency

BUREAU OF REAL ESTATE APPRAISERS

REAL ESTATE APPRAISER LICENSE

**Ely Rivara**

has successfully met the requirements for a license as a residential real estate appraiser in the State of California and is, therefore, entitled to use the title:

"Residential Real Estate Appraiser"

This license has been issued in accordance with the provisions of the Real Estate Appraisers' Licensing and Certification Law.

BREA APPRAISER IDENTIFICATION NUMBER: AL 018655

Effective Date: March 1, 2016

Date Expires: February 28, 2018

Jim Martin, Bureau Chief, BREA

3024899

THIS DOCUMENT CONTAINS A TRUE WATERMARK - HOLD UP TO LIGHT TO SEE "CHAIN LINK"

# Assumptions, Limiting Conditions & Scope of Work

File No.: 709N Angeleno

| Property Address: 709 N Angeleno Ave | City: Azusa | State: CA | Zip Code: 91702 |
|---|---|---|---|
| Client: Private use only | Address: | | |
| Appraiser: Ely Rivara AL018655 | Address: 6700 Warner Ave #26-D, Huntington Beach, CA 92647 | | |

**STATEMENT OF ASSUMPTIONS & LIMITING CONDITIONS**

— The appraiser will not be responsible for matters of a legal nature that affect either the property being appraised or the title to it. The appraiser assumes that the title is good and marketable and, therefore, will not render any opinions about the title. The property is appraised on the basis of it being under responsible ownership.

— The appraiser may have provided a sketch in the appraisal report to show approximate dimensions of the improvements, and any such sketch is included only to assist the reader of the report in visualizing the property and understanding the appraiser's determination of its size. Unless otherwise indicated, a Land Survey was not performed.

— If so indicated, the appraiser has examined the available flood maps that are provided by the Federal Emergency Management Agency (or other data sources) and has noted in the appraisal report whether the subject site is located in an identified Special Flood Hazard Area. Because the appraiser is not a surveyor, he or she makes no guarantees, express or implied, regarding this determination.

— The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question, unless specific arrangements to do so have been made beforehand.

— If the cost approach is included in this appraisal, the appraiser has estimated the value of the land in the cost approach at its highest and best use, and the improvements at their contributory value. These separate valuations of the land and improvements must not be used in conjunction with any other appraisal and are invalid if they are so used. Unless otherwise specifically indicated, the cost approach value is not an insurance value, and should not be used as such.

— The appraiser has noted in the appraisal report any adverse conditions (including, but not limited to, needed repairs, depreciation, the presence of hazardous wastes, toxic substances, etc.) observed during the inspection of the subject property, or that he or she became aware of during the normal research involved in performing the appraisal. Unless otherwise stated in the appraisal report, the appraiser has no knowledge of any hidden or unapparent conditions of the property, or adverse environmental conditions (including, but not limited to, the presence of hazardous wastes, toxic substances, etc.) that would make the property more or less valuable, and has assumed that there are no such conditions and makes no guarantees or warranties, express or implied, regarding the condition of the property. The appraiser will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist. Because the appraiser is not an expert in the field of environmental hazards, the appraisal report must not be considered as an environmental assessment of the property.

— The appraiser obtained the information, estimates, and opinions that were expressed in the appraisal report from sources that he or she considers to be reliable and believes them to be true and correct. The appraiser does not assume responsibility for the accuracy of such items that were furnished by other parties.

— The appraiser will not disclose the contents of the appraisal report except as provided for in the Uniform Standards of Professional Appraisal Practice, and any applicable federal, state or local laws.

— If this appraisal is indicated as subject to satisfactory completion, repairs, or alterations, the appraiser has based his or her appraisal report and valuation conclusion on the assumption that completion of the improvements will be performed in a workmanlike manner.

— An appraiser's client is the party (or parties) who engage an appraiser in a specific assignment. Any other party acquiring this report from the client does not become a party to the appraiser-client relationship. Any persons receiving this appraisal report because of disclosure requirements applicable to the appraiser's client do not become intended users of this report unless specifically identified by the client at the time of the assignment.

— The appraiser's written consent and approval must be obtained before this appraisal report can be conveyed by anyone to the public, through advertising, public relations, news, sales, or by means of any other media, or by its inclusion in a private or public database.

— An appraisal of real property is not a 'home inspection' and should not be construed as such. As part of the valuation process, the appraiser performs a non-invasive visual inventory that is not intended to reveal defects or detrimental conditions that are not readily apparent. The presence of such conditions or defects could adversely affect the appraiser's opinion of value. Clients with concerns about such potential negative factors are encouraged to engage the appropriate type of expert to investigate.

**The Scope of Work is the type and extent of research and analyses performed in an appraisal assignment that is required to produce credible assignment results, given the nature of the appraisal problem, the specific requirements of the intended user(s) and the intended use of the appraisal report. Reliance upon this report, regardless of how acquired, by any party or for any use, other than those specified in this report by the Appraiser, is prohibited. The Opinion of Value that is the conclusion of this report is credible only within the context of the Scope of Work, Effective Date, the Date of Report, the Intended User(s), the Intended Use, the stated Assumptions and Limiting Conditions, any Hypothetical Conditions and/or Extraordinary Assumptions, and the Type of Value, as defined herein. The appraiser, appraisal firm, and related parties assume no obligation, liability, or accountability, and will not be responsible for any unauthorized use of this report or its conclusions.**

**Additional Comments (Scope of Work, Extraordinary Assumptions, Hypothetical Conditions, etc.):**



Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.
Form GPRES2AD — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE 3/2007

# Certifications

File No.: 709N Angeleno

Property Address: 709 N Angeleno Ave | City: Azusa | State: CA | Zip Code: 91702

Client: Private use only | Address:

Appraiser: Ely Rivara AL018655 | Address: 6700 Warner Ave #26-D, Huntington Beach, CA 92647

**APPRAISER'S CERTIFICATION**

**I certify that, to the best of my knowledge and belief:**

— The statements of fact contained in this report are true and correct.

— The credibility of this report, for the stated use by the stated user(s), of the reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions, and are my personal, impartial, and unbiased professional analyses, opinions, and conclusions.

— I have no present or prospective interest in the property that is the subject of this report and no personal interest with respect to the parties involved.

— Unless otherwise indicated, I have performed no services, as an appraiser or in any other capacity, regarding the property that is the subject of this report within the three-year period immediately preceding acceptance of this assignment.

— I have no bias with respect to the property that is the subject of this report or to the parties involved with this assignment.

— My engagement in this assignment was not contingent upon developing or reporting predetermined results.

— My compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal.

— My analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the Uniform Standards of Professional Appraisal Practice that were in effect at the time this report was prepared.

— I did not base, either partially or completely, my analysis and/or the opinion of value in the appraisal report on the race, color, religion, sex, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property, or of the present owners or occupants of the properties in the vicinity of the subject property.

— Unless otherwise indicated, I have made a personal inspection of the property that is the subject of this report.

— Unless otherwise indicated, no one provided significant real property appraisal assistance to the person(s) signing this certification.

**Additional Certifications:**

**DEFINITION OF MARKET VALUE *:**

Market value means the most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller each acting prudently and knowledgeably, and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby:

1. Buyer and seller are typically motivated;
2. Both parties are well informed or well advised and acting in what they consider their own best interests;
3. A reasonable time is allowed for exposure in the open market;
4. Payment is made in terms of cash in U.S. dollars or in terms of financial arrangements comparable thereto; and
5. The price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions granted by anyone associated with the sale.

* This definition is from regulations published by federal regulatory agencies pursuant to Title XI of the Financial Institutions Reform, Recovery, and Enforcement Act (FIRREA) of 1989 between July 5, 1990, and August 24, 1990, by the Federal Reserve System (FRS), National Credit Union Administration (NCUA), Federal Deposit Insurance Corporation (FDIC), the Office of Thrift Supervision (OTS), and the Office of Comptroller of the Currency (OCC). This definition is also referenced in regulations jointly published by the OCC, OTS, FRS, and FDIC on June 7, 1994, and in the Interagency Appraisal and Evaluation Guidelines, dated October 27, 1994.

**SIGNATURES**

Client Contact: | Client Name: Private use only

E-Mail: | Address:

| APPRAISER | SUPERVISORY APPRAISER (if required) or CO-APPRAISER (if applicable) |
|---|---|
| Appraiser Name: Ely Rivara AL018655 | Supervisory or Co-Appraiser Name: |
| Company: | Company: |
| Phone: 310 379-0993 Fax: | Phone: Fax: |
| E-Mail: Actionappraisalco@gmail.com | E-Mail: |
| Date Report Signed: 04/08/2016 | Date Report Signed: |
| License or Certification #: AL018655 State: CA | License or Certification #: State: |
| Designation: | Designation: |
| Expiration Date of License or Certification: 02/28/2016 | Expiration Date of License or Certification: |
| Inspection of Subject: [X] Interior & Exterior [ ] Exterior Only [ ] None | Inspection of Subject: [ ] Interior & Exterior [ ] Exterior Only [ ] None |
| Date of Inspection: 04/08/2016 | Date of Inspection: |

GP RESIDENTIAL Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.
Form GPRES2AD — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE 3/2007

## SUMMARY OF SALIENT FEATURES

| Section | Item | Value |
|---|---|---|
| SUBJECT INFORMATION | Subject Address | 709 N Angeleno Ave |
| | Legal Description | tract 46762 lot 2 condo unit 20 |
| | City | Azusa |
| | County | San Bernardino |
| | State | CA |
| | Zip Code | 91702 |
| | Census Tract | 4006.02 |
| | Map Reference | . |
| SALES PRICE | Sale Price | $ |
| | Date of Sale | |
| CLIENT | Borrower/Client | Cosme Mary J |
| | Lender | Private use only |
| DESCRIPTION OF IMPROVEMENTS | Size (Square Feet) | 1,442 |
| | Price per Square Foot | $ |
| | Location | Sides parking area |
| | Age | 20 |
| | Condition | Average |
| | Total Rooms | 7 |
| | Bedrooms | 3 |
| | Baths | 2 |
| APPRAISER | Appraiser | Ely Rivara AL018655 |
| | Date of Appraised Value | 04/08/2016 |
| VALUE | Opinion of Value | $ 373,000 |

## Subject photo page

| Borrower/Client | Cosme Mary J | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 709 N Angeleno Ave | | | | | | |
| City | Azusa | County | San Bernardino | State | CA | Zip Code | 91702 |
| Lender | Private use only | | | | | | |



**Subject front**

709 N Angeleno Ave

| | |
|---|---|
| Gross living area | 1,442 |
| Total | 7 |
| Borrower/client | 3 |
| Lender | 2 |
| Location | Sides parking area |
| View | No view |
| Site | 4,315 |
| Quality | Average |
| Age | 20 |



**Subject rear**



**Subject street**

## Photograph Addendum

| Borrower/Client | Cosme Mary J | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 709 N Angeleno Ave | | | | | | |
| City | Azusa | County | San Bernardino | State | CA | Zip Code | 91702 |
| Lender | Private use only | | | | | | |



kitchen



kitchen



dining room



living room



den

# Photograph Addendum

| Borrower/Client | Cosme Mary J | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 709 N Angeleno Ave | | | | | | |
| City | Azusa | County | San Bernardino | State | CA | Zip Code | 91702 |
| Lender | Private use only | | | | | | |



**bed 1**



**bed 2**



**bed 3**



**bath 1**



**bath 2**

# Photograph Addendum

| Borrower/Client | Cosme Mary J | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 709 N Angeleno Ave | | | | | | |
| City | Azusa | County | San Bernardino | State | CA | Zip Code | 91702 |
| Lender | Private use only | | | | | | |



**stairs**



**damaged cabinets**





**additional front**



**additional rear**





**rear yard**



**rear yard**

# Photograph Addendum



| Borrower/Client | Cosme Mary J | | | | |
|---|---|---|---|---|---|
| Property Address | 709 N Angeleno Ave | | | | |
| City | Azusa | County San Bernardino | | State CA | Zip Code 91702 |
| Lender | Private use only | | | | |



**community pool**



**community spa**



**entry to project**



**exit from project**

# EXHIBIT C

EXHIBIT 'C'



Nationstar MORTGAGE

RETURN SERVICE ONLY
PLEASE DO NOT SEND MAIL TO THIS ADDRESS
P.O. BOX 619063
DALLAS, TX 75261-9063

MORTGAGE LOAN STATEMENT

**CONTACT INFORMATION**

**Customer Service: 1-888-480-2432**
Monday - Thursday: 8 a.m. - 8 p.m. CT
Friday, 8 a.m. - 6 p.m. CT and Saturday, 8 a.m. - 2 p.m. CT
MyNationstar.com

7-692-51929-0048104-005-000-001-000-000

MARY J COSME
709 N ANGELENO AVE
AZUSA CA 91702-2303

Sign up for eCorrespondence

| | |
|---|---|
| Statement Date: | 03/18/2016 |
| Loan Number: | 0623287935 |
| Payment Due Date: | 04/01/2016 |
| **Amount Due:** | **$1,928.43** |

*If payment is received on or after 04/17/16; $62.59 late fee will be charged.*

Property Address:
N 709 ANGELENO AVE
AZUSA CA 91702

Pay Online Now

| Account Information | |
|---|---|
| Interest Bearing Principal Balance | $264,857.99 |
| Non-Interest Bearing Principal Balance | $117,222.93 |
| Interest Rate | 4.625% |
| Escrow Balance | $1,501.91 |

The Principal Balance does not represent the payoff amount of your account and is not to be used for payoff purposes

| Explanation of Amount Due | |
|---|---|
| Principal | $230.90 |
| Interest | $1,020.81 |
| Escrow Amount (for Taxes & Insurance) | $551.54 |
| Optional Products and Services | $0.00 |
| **Regular Monthly Payment** | **$1,803.25** |
| Total Fees and Charges | $125.18 |
| Overdue Payment(s) | $0.00 |
| **Total Amount Due** | **$1,928.43** |

| Past Payment Breakdown | Payments Rec'd since 02/19/2016 | Paid Year to Date |
|---|---|---|
| Principal | $230.02 | $687.40 |
| Interest | $1,021.69 | $3,067.73 |
| Escrow (Taxes & Insurance) | $551.54 | $1,654.62 |
| Optional Insurance | $0.00 | $0.00 |
| Fees and Charges | $9.95 | $29.85 |
| Lender Paid Expenses | $0.00 | $0.00 |
| Partial Payment (Unapplied) | $0.00 | $0.00 |
| **Total** | **$1,813.20** | **$5,439.60** |

***All property owners should consider life insurance!*** Life insurance could pay off your mortgage should something unexpected happen. There are multiple ways to get the coverage you need! Visit our online site to purchase today or call our life insurance team to find the policy that best meets your budget and needs. Buying security costs only pennies a day and has never been easier! **Want to buy right now online?** - Click here http://myterm.swbc.com/NatStar
**Need to talk it through?** - Speak to a member of the *life insurance team* at (866) 560-7739.

**Transaction Activity (02/19/2016 to 03/18/2016)**

| Date | Description | Total | Principal | Interest | Escrow | Other |
|---|---|---|---|---|---|---|
| 03/17/2016 | Fee Assessed | $9.95 | | | | $9.95 |
| 03/17/2016 | Payment | $1,803.25 | $230.02 | $1,021.69 | $551.54 | |
| 03/16/2016 | Fee Assessed | $62.59 | | | | $62.59 |

**Important Messages** **(See Reverse side for Additional Critical Notices)**

***"Other Unpaid Fee(s)" include, but are not limited to, phone pay fees, insufficient fund fees, or convenience fees.***

***If you do not wish to receive paper statements, simply log into your account at MyNationstar.com and alter your selection to eCorrespondence. ECorrespondence offers convenient monthly email reminders, no lost mail, and archived online access to view or download to your personal computer.***

***You can make your payment online at MyNationstar.com. There is no charge for this service if you schedule your payment within 9 days past your due date.***

**This is an attempt to collect a debt and any information obtained will be used for that purpose.**

DETACH HERE AND RETURN WITH YOUR PAYMENT PLEASE ALLOW A MINIMUM OF 7 TO 10 DAYS FOR POSTAL DELIVERY




MyNationstar.com

☐ PLEASE CHECK BOX IF MAILING ADDRESS OR PHONE NUMBER HAS CHANGED. ENTER CHANGES ON BACK OF COUPON.

MARY J COSME

| ACCOUNT NUMBER | TOTAL AMOUNT DUE* |
|---|---|
| 0623287935 | 04/01/2016 **$1,928.43** |

WRITE YOUR LOAN NUMBER ON YOUR CHECK OR MONEY ORDER AND MAKE PAYABLE TO NATIONSTAR MORTGAGE*

| PAYMENT DUE IF RECEIVED ON OR AFTER |
|---|
| 04/17/2016 **$1,991.02** |

NATIONSTAR MORTGAGE
PO BOX 60516
CITY OF INDUSTRY, CA 91716-0516

ADDITIONAL ESCROW $________

**ADDITIONAL PRINCIPAL $________

***TOTAL AMOUNT OF YOUR CHECK DO NOT SEND CASH***

**All amounts must be paid in full before additional principal reduction can be made.

06232879350 000192843 000199102

# EXHIBIT D

EXHIBIT 'D'

RECORDER MEMO: This COPY is NOT an OFFICIAL RECORD


RECORDING REQUESTED BY:

SDS

WHEN RECORDED MAIL TO:

Special Default Services, Inc.
17100 Gillette Ave
Irvine, CA 92614

APN: 8608-022-098 TS No: CA01000077-16 TO No: 95309836

# NOTICE OF DEFAULT AND ELECTION TO SELL UNDER DEED OF TRUST

**NOTE: THERE IS A SUMMARY OF THE INFORMATION IN THIS DOCUMENT ATTACHED**

**注：本文件包含一个信息摘要**

**참고사항: 본 첨부 문서에 정보 요약서가 있습니다**

**NOTA: SE ADJUNTA UN RESUMEN DE LA INFORMACIÓN DE ESTE DOCUMENTO**

**TALA: MAYROONG BUOD NG IMPORMASYON SA DOKUMENTONG ITO NA NAKALAKIP**

**LƯU Ý: KÈM THEO ĐÂY LÀ BẢN TRÌNH BÀY TÓM LƯỢC VỀ THÔNG TIN TRONG TÀI LIỆU NÀY**

**(The above statement is made pursuant to CA Civil Code Section 2923.3(c)(1). The Summary will be provided to Trustor(s) and/or vested owner(s) only, pursuant to CA Civil Code Section 2923.3(c)(2).)**

## IMPORTANT NOTICE

**IF YOUR PROPERTY IS IN FORECLOSURE BECAUSE YOU ARE BEHIND IN YOUR PAYMENTS, IT MAY BE SOLD WITHOUT ANY COURT ACTION**, and you may have the legal right to bring your account in good standing by paying all of your past due payments plus permitted costs and expenses within the time permitted by law for reinstatement of your account, which is normally five business days prior to the date set for the sale of your property. No sale date may be set until approximately 90 days from the date this Notice of Default may be recorded (which date of recording appears on this notice).

This amount is **$103,424.64** (not including foreclosure fees and costs) as of **April 29, 2016**, and will increase until your account becomes current.

While your property is in foreclosure, you still must pay other obligations (such as insurance and taxes) required by your Note and Deed of Trust or Mortgage. If you fail to make future payments on the loan, pay taxes on the property, provide insurance on the property, or pay other obligations as required in the Note and Deed of Trust or Mortgage, the Beneficiary or Mortgagee may insist that you do so in order to reinstate your account in good standing. In addition, the Beneficiary or Mortgagee may require as a condition to reinstatement that you provide reliable written evidence that you paid all senior liens, property taxes, and hazard insurance premiums.

Upon your written request, the Beneficiary or Mortgagee will give you a written itemization of the entire amount you must pay. You may not have to pay the entire unpaid portion of your account, even though full payment was demanded, but you must pay all amounts in default at the time payment is made. However, you and your Beneficiary or Mortgagee may mutually agree in writing prior to the time the Notice of Sale is posted (which may not be earlier than the end of the three-month period stated above) to, among other things, (1) provide additional time in which to cure the default by transfer of the property or otherwise; or (2) establish a schedule of payments in order to cure your default; or both (1) and (2).

RECORDER MEMO: This COPY is NOT an OFFICIAL RECORD.

APN: 8608-022-098 TS No: CA01000077-16 TO No: 95309836

Following the expiration of the time period referred to in the first paragraph of this notice, unless the obligation being foreclosed upon or a separate written agreement between you and your creditor permits a longer period, you have only the legal right to stop the sale of your property by paying the entire amount demanded by your creditor.

To find out the amount you must pay, or to arrange for payment to stop the foreclosure, or if your property is in foreclosure for any other reason, contact: **TROJAN CAPITAL INVESTMENTS, LLC c/o Special Default Services, Inc.** located at 17100 Gillette Ave, Irvine, CA 92614 Phone: (844) 706-4182 Ref No: CA01000077-16

If you have any questions, you should contact a lawyer or the governmental agency which may have insured your loan. Notwithstanding the fact that your property is in foreclosure, you may offer your property for sale, provided the sale is concluded prior to the conclusion of the foreclosure.

**REMEMBER, YOU MAY LOSE LEGAL RIGHTS IF YOU DO NOT TAKE PROMPT ACTION.**

**NOTICE IS HEREBY GIVEN THAT:** Special Default Services, Inc. is the original Trustee, duly appointed Substituted Trustee, or acting as Agent for the Trustee or Beneficiary under a Deed of Trust dated as of May 29, 2007, executed by MARY JANE COSME AN UNMARRIED WOMAN, as Trustor(s), to secure obligations in favor of NATIONAL CITY BANK the original Beneficiary, recorded June 5, 2007, as Instrument No. 20071352156, of the official records in the Office of the Recorder of Los Angeles County, California, as more fully described on said Deed of Trust. Including a Note(s) for the sum of $114,750.00 that the beneficial interest under said Deed of Trust and the obligations secured thereby are presently held by the Beneficiary; that a breach of, and default in, the obligations for which said Deed of Trust is security has occurred in that the payment has not been made of:

**THE INSTALLMENT OF PRINCIPAL AND INTEREST WHICH BECAME DUE ON May 29, 2008 AND ALL SUBSEQUENT INSTALLMENTS OF PRINCIPAL AND INTEREST, ALONG WITH LATE CHARGES, PLUS FORECLOSURE COSTS AND LEGAL FEES, IN ADDITION TO ALL OF THE TERMS AND CONDITIONS AS PER THE DEED OF TRUST, PROMISSORY NOTE AND ALL RELATED LOAN DOCUMENTS.**

That by reason thereof, the present Beneficiary under such Deed of Trust, has executed and delivered to Special Default Services, Inc., said Trustee, a written Declaration and Demand for Sale, and has deposited with said duly appointed Trustee, such Deed of Trust and all documents evidencing the obligations secured thereby, and has declared and does hereby declare all sums secured thereby immediately due and payable and has elected and does hereby elect to cause the trust property to be sold to satisfy the obligations secured thereby.

Where required by law, a declaration pursuant to California Civil Code Section 2923.55 is attached.

Dated: 4/29/2016

**Special Default Services, Inc., as Duly Appointed Successor Trustee**

By: Lisa Rohrbacker, Trustee Sales Officer

Special Default Services, Inc. may be acting as a debt collector attempting to collect a debt. Any information obtained may be used for that purpose.

**To the extent your original obligation was discharged, or is subject to an automatic stay of bankruptcy under Title 11 of the United States Code, this notice is for compliance and/or informational purposes only and does not constitute an attempt to collect a debt or to impose personal liability for such obligation. However, a secured party retains rights under its security instrument, including the right to foreclose its lien.**

RECORDER MEMO: This COPY is NOT an OFFICIAL RECORD.